

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 16, 2024

**BY ECF AND EMAIL**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Letter Motion GRANTED. The Government shall produce discovery no later than December 23, 2024.
>
> Dated: December 16, 2024
> New York, New York
>
> SO ORDERED.
>
> JENNIFER L. ROCHON
> United States District Judge

Re:   *United States v. Kimberly Wise*, 24 Cr. 656 (JLR)

Dear Judge Rochon:

    The Government writes in regard to the Court's December 16, 2024, Rule 16 discovery deadline in this case. Given the complexity and volume of the documentary evidence involved in this case, the Government requests permission for a one-week extension to make its initial discovery production. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Dana McCann*
Dana R. McCann
Assistant United States Attorney
Tel: (212) 637-2308

cc: Martin Cohen, Esq. (by ECF and Email)