| | |
|---|---|
| **Federal Defenders** | Southern District |
| OF NEW YORK, INC. | 52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

April 23, 2025

*By ECF*

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kimberly Wise*, 24 Cr. 656 (JLR)

Dear Judge Rochon:

    I write to respectfully request that the Court exclude time under the Speedy Trial Act from today until the next scheduled conference date, April 29, 2025.

    A status conference was scheduled for this morning, and time had been previously excluded under the Speedy Trial Act to allow the defense to review discovery, contemplate whether to file any pretrial motions, and engage in discussions with the Government concerning a potential disposition. Ms. Wise was unable to appear this morning, and so the conference has been re-scheduled for April 29, 2025. Accordingly, I respectfully request that time continue to be excluded under the Speedy Trial Act for the reasons set forth above.

    Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc. Dana McCann, Esq.

Letter Motion GRANTED. The Status conference is rescheduled to **April 29, 2025 at 10:30 a.m.** Speedy trial time is excluded until April 29, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the parties continued need to review discovery and discuss potential pretrial resolution.

Dated: April 23, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**