

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 25, 2025

**BY CM/ECF AND EMAIL**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Kimberly Wise*, 24 Cr. 656 (JLR)

Dear Judge Rochon:

   The Government writes to request the adjournment of the status conference, which is currently scheduled for August 27, 2025 at 11:00 a.m., in the above-captioned matter. The Government seeks additional time to review the defense's mitigation submission and confer with defense counsel to discuss a potential pretrial resolution. Accordingly, the Government respectfully requests that the status conference be rescheduled for a date in late September or early October. The Government also moves to exclude time pursuant to Title 18 U.S.C. Section 3161(h)(7) through the date of the next conference. Defense counsel consents to these requests.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ *Dana R. McCann*
  Dana R. McCann
  Assistant United States Attorney
  Tel.: (212) 637-2308

cc: Martin Cohen, Esq., Counsel for Defendant Kimberly Wise (by ECF and email)

---

The status conference currently scheduled for August 27, 2025 at 11:00 a.m. is rescheduled to October 1, 2025 at 11:00 a.m. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the Government's need for additional time to review the defense's mitigation submission and the parties' ongoing discussions regarding a potential pretrial resolution.

**SO ORDERED.**

Dated: August 26, 2025
   New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**